**Order entered January 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00260-CV

**GRAPEVINE DIAMOND, L.P., ET AL., Appellants**

**V.**

**CITY BANK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01876-2010**

## ORDER

We **GRANT** appellee's January 6, 2015 unopposed second motion for an extension of time to file a brief. Appellee shall file its brief by **JANUARY 12, 2015.** We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE